

ENTERED
07/20/2020

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **KOONTZ-WAGNER CUSTOM** | ) | **Case No. 18-33815** |
| **CONTROL HOLDINGS LLC,** | ) | |
| | ) | **(Chapter 7)** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **RODNEY D. TOW, CHAPTER 7** | ) | |
| **TRUSTEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adversary No. 20-03269** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ELECTRICAL WHOLESALE SUPPLY** | ) | |
| **CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER EXTENDING TIME FOR THE DEFENDANT TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE TRUSTEE'S ORIGINAL COMPLAINT PURSUANT TO FEDERAL BANKRUPTCY RULE 7012

Came on for consideration the Trustee's Motion to Extend Time for the Defendant to File an Answer to the Trustee's Original Complaint Pursuant to Federal Bankruptcy Rule 7012 (the "Motion").  The Court has considered the Motion and has determined that the relief sought therein should be granted.  It is therefore,

ORDERED that the deadline for the above-captioned defendant to file an answer or otherwise respond to the Trustee's Original Complaint is hereby extended from August 13, 2020, until October 12, 2020.

Signed:  July 20, 2020

_____
Marvin Isgur
United States Bankruptcy Judge