## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**IN RE:**

| | | |
|---|---|---|
| **KOONTZ-WAGNER CUSTOM CONTROL HOLDINGS LLC,** | § § § | **Case No. 18-33815** |
| | § | **Chapter 7** |
| Debtor | § § § | |
| **RODNEY D. TOW, CHAPTER 7 TRUSTEE** | § § | |
| | § | |
| Plaintiff | § § | **Adversary No. 20-03269** |
| v. | § § | |
| **ELECTRICAL WHOLESALE SUPPLY CO., INC.** | § § § | |
| | § | |
| Defendant | § | |

### ELECTRICAL WHOLESALE SUPPLY CO., INC.'S RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT [RELATES TO DKT. NOS. 14 AND 15]

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, **ELECTRICAL WHOLESALE SUPPLY CO., INC.,** ("EWS") and files this Response in Opposition to Trustee's Motion for Entry of Final Default Judgment, and would show the Court, as follows:

1.      EWS filed its Answer and Affirmative Defenses on March 12, 2021.

2.      EWS filed its Answer and Affirmative Defenses as soon as practicable after receiving actual notice that the Complaint was filed. The Complaint was purportedly initially served on July 14, 2020, by First Class Mail, to EWS representative Kreg L. Davis. Mr. Davis had departed that address, and the service documents were not subsequently forwarded to Mr. Davis.

In January 2021, counsel for the Chapter 7 Trustee in this proceeding contacted EWS' counsel in Idaho to inquire whether EWS would be answering the Complaint. This was the first that EWS or its Idaho counsel had learned about the Adversary Proceeding. Thereafter, EWS' Idaho counsel and counsel for the Chapter 7 Trustee had engaged in discussions regarding a consensual resolution of the Adversary Proceeding. It was EWS' Idaho counsel's understanding that the Adversary Proceeding could be resolved without having to file a pleading or otherwise make an appearance in the Southern District of Texas. However, once the Motion for Entry of Default Judgment was filed on Thursday afternoon, March 4, 2021, EWS searched the southern district of Texas (a district unfamiliar to EWS) to retain counsel that was admitted in the Southern District of Texas. EWS ultimately was able to retain the Hoffman & Saweris firm on March 12, 2021, and EWS' Answer was filed that same day.

3.      Accordingly, EWS has now retained counsel admitted to practice in the Southern District of Texas, and have duly appeared and answered herein. The undersigned counsel will seek to reach a consensual resolution with the Trustee, quickly, and counsel is optimistic a Bankruptcy Rule 9019 Motion to Approve Compromise that resolves this adversary proceeding will be forthcoming, shortly.

WHEREFORE, PREMISES CONSIDERED, Electrical Wholesale Supply Co. Inc. respectfully requests that this Court deny the Trustee's Motion for Entry of Final Default Judgment, and grant such other and further relief, at law and in equity, to which it may be entitled.

DATED: March 12, 2021

Respectfully submitted,


HOFFMAN & SAWERIS, P.C.

By:*/s/ Alan Brian Saweris* _____
       Alan Brian Saweris
       State Bar No. 24075022
       S.D. Bar Number: 1850547
       Matthew Hoffman
       State Bar No. 09779500
       S.D. Bar No. 3454
       Hoffman & Saweris, p.c.
       2777 Allen Parkway, Suite 1000
       Houston, Texas 77019
       (713) 654-9990 *(Telephone)*
       (866) 654-0038 *(Facsimile)*
       ATTORNEYS FOR ELECTRICAL WHOLESALE
       SUPPLY CO., INC.

OF COUNSEL:
NELSON, HALL, PARRY TUCKER, PLLC
Weston S. Davis
490 Memorial Drive
P.O. Box 51630
Idaho Falls, ID 83405
(208) 522-3001 (telephone)
(208) 523-7254 (fax)
wsdavis@nhptlaw.net (email)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of March 2021, a true and correct copy of the foregoing pleading was served upon the following persons via ECF/CM or by U.S. Mail, postage paid to the address set forth below:

Rodney D. Tow, Chapter 7 Trustee
c/o R. J. Shannon, Esq.
Parkins Lee & Rubio LLP Pennzoil Place
700 Milam Street, Suite 1300
Houston, TX 78702
(713) 715-1660 (Telephone)
rshannon@parkinslee.com

and

Rodney D. Tow, Chapter 7 Trustee
1122 Highborne Cay Court
Texas City, Texas 77590
rtow@rtowtrustee.com

*/s/ Alan Brian Saweris*_____
Alan Brian Saweris