UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

| | | |
|---|---|---|
| **KOONTZ-WAGNER CUSTOM CONTROL HOLDINGS LLC,** | § § § § § § § | **Case No. 18-33815** |
| | | **Chapter 7** |
| Debtor | | |
| | | |
| **RODNEY D. TOW, CHAPTER 7 TRUSTEE** | § § § § | |
| Plaintiff | § § | **Adversary No. 20-03269** |
| v. | § § § | |
| **ELECTRICAL WHOLESALE SUPPLY CO., INC.** | § § § § | |
| Defendant | § | |

## ORDER DENYING TRUSTEE'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

ON THIS DAY came on to be considered Trustee's Motion for Entry of Final Default Judgment against Electrical Wholesale Supply Co., Inc. [Dkt. No. 15]. The Court, having considered the pleadings on file and the argument of counsel, is of the opinion that Trustee's Motion for Entry of Final Default Judgment against Electrical Wholesale Supply Co., Inc. should be **DENIED.** It is therefore,

ORDERED, ADJUDGED, AND DECREED that Trustee's Motion for Entry of Final Default Judgment against Electrical Wholesale Supply Co., Inc. is hereby **DENIED**.

Signed this _____ day of _____, 2021.

_____
Marvin Isgur
United States Bankruptcy Judge